IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. THOMAS,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.
_____/

No. C 11-04420 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    The Court received Plaintiff's response to the Order to Show Cause ("OSC") and HEREBY DISCHARGES the OSC. Defendants' may file a reply in support of their motion to dismiss by no later than February 8, 2012. This matter remains set for a hearing on March 2, 2012 on the motion to dismiss filed by Defendants.

    **IT IS SO ORDERED.**

Dated: February 1, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

THOMAS et al,

    Plaintiff,

v.

WELLS FARGO BANK, N.A. et al,

    Defendant.

Case Number: CV11-04420 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David A. Thomas
19500 Mount Jasper Drive
Castro Valley, CA 94552

Dated: February 1, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk