IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04420 JSW<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |

Plaintiff David A. Thomas ("Plaintiff") filed a request for dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) ("Rule 41(a)(1)"). Rule 41(a)(1) authorizes a plaintiff to dismiss his or her action without a court order by filing a notice of dismissal before the opposing party either answers or files a motion for summary judgment. Because Defendants have not yet filed an answer or a motion for summary judgment, Plaintiff's request for voluntary dismissal is effective. Accordingly, the Clerk may close the file.

**IT IS SO ORDERED.**

Dated: May 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

THOMAS et al,

    Plaintiff,

v.

WELLS FARGO BANK, N.A. et al,

    Defendant.

Case Number: CV11-04420 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David A. Thomas
19500 Mount Jasper Drive
Castro Valley, CA 94552

Dated: May 11, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk