IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK NA, et al.,<br><br>    Defendants._____/ | No. C -13-02065 EDL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, removed on May 6, 2013, to the Honorable Judge Jeffrey S. White to consider whether it is related to <u>Thomas v. Wells Fargo Bank</u>, C-11-4420 JSW and <u>Thomas v. Wells Fargo Bank</u>, C-12-2458 JSW. In all of these cases, Plaintiff has sued Defendants for claims arising out of the same property, foreclosure and trustee's sale. Under the circumstances of this case because the Court has shortened time to hear Defendant's Motion to Expunge Lis Pendens, Plaintiff shall file any response in opposition to or in support of relating the cases no later than Friday, May 17, 2013.

IT IS SO ORDERED.

Dated: May 14, 2013

                                                            ELIZABETH D. LAPORTE
                                                            United States Chief Magistrate Judge